IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEFFERY DALE WILLIAMSON                                                     PLAINTIFF

v.                             CASE NO. 2:21-CV-2002

SHERIFF HOBE RUNION, *ET AL*.                                      DEFENDANTS

## **ORDER**

The Court has received a report and recommendation (Doc. 23) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that Plaintiff's Complaint (Doc. 1) be dismissed without prejudice. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this August 23, 2021,

                                                                     /s/ P. K. Holmes III
                                                                     P.K. HOLMES III
                                                                     U.S. DISTRICT JUDGE